Misty Edmundson, OSB No.: 060106
Email: edmundson@sohalang.com
Soha & Lang, P.S.
1325 Fourth Ave., Ste 2000
Seattle, WA  98101-2570
(206) 624-1800
(206) 624-3583 (fax)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ATLANTIC CASUALTY INSURANCE COMPANY,** a North Carolina corporation,<br><br>                  Plaintiff,<br><br>vs.<br><br>**NIK'S ROOFING, LLC**, a Oregon limited liability company**; XIAOFENG FU** and **FON ZHANG,** Trustees of the **XIAOFENG FU REVOCABLE TRUST**; **RANJIT BHASKAR**, an individual; **ERIC EIMERS**, an individual dba **RESOURCE MAINTENANCE & CONSTRUCTION**,<br><br>                  Defendants. | Civil No. 3:18-cv-01239 YY<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Atlantic Casualty Insurance Company hereby voluntarily dismisses this action without prejudice and without fees or costs to any party.

Respectfully submitted this 14th day of August, 2018.

        SOHA & LANG, P.S.


        By:   */s/Misty Edmundson*
           Misty Edmundson, OSB # 060106
           Phone No.: 206-624-1800
           Attorneys for Atlantic Casualty Insurance Company

NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF – 2
No. 3:18-cv-01239 YY

1214.00074 kh14cj03gt